UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAEED MUHAMMAD,<br><br>Defendant | Criminal No. 19cr10161<br><br>Violation:<br><br>Count One: Managing and Controlling A Place For Distribution And Use Of Controlled Substances<br>(21 U.S.C. § 856(a)(2))<br><br>Forfeiture Allegation:<br>(21 U.S.C. § 853) |

INDICTMENT

COUNT ONE
Managing and Controlling A Place For Distribution And Use Of Controlled Substances
(21 U.S.C. § 856(a)(2))

The Grand Jury charges:

From a date unknown to the Grand Jury, but from at least in or about August 2018, and continuing thereafter until on or about May 15, 2019, in Dorchester, in the District of Massachusetts, the defendant,

SAEED MUHAMMAD,

did knowingly manage and control a place, to wit: a single-family residence at 250 Park Street, Dorchester, Massachusetts, as an owner and occupant, and did knowingly and intentionally make available for use, with and without compensation, that place for the purpose of unlawfully manufacturing, storing, distributing and using controlled substances.

All in violation of Title 21, United States Code, Section 856(a)(2).

1

## FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further finds:

1. Upon conviction of the offense set forth in Count One of the Indictment, the defendant,

SAEED MUHAMMAD,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses. The property to be forfeited includes, but is not limited to, the following assets:

   a. The real property located at 250 Park Street, Dorchester, Massachusetts, including all buildings, appurtenances, and improvements thereon

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

2

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
MICHAEL CROWLEY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: May 15, 2019
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
@ 2:27 PM
5/15/19