UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAEED MUHAMMAD, )<br>Defendant. )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19-CR-10161-RWZ<br><br>Record Owner:<br>Robert L. Phifer and Gladys B. Phifer<br><br><u>Property</u><br>250 Park Street<br>Dorchester, Massachusetts<br><br><u>Suffolk County Registry of Deeds</u><br>Book 18014, Page 171 |

## **AFFIDAVIT OF SERVICE**

I, Carol E. Head, Assistant United States Attorney, being duly sworn, depose and say:

1.  The attached Restraining Order and *Lis Pendens* was issued in the above captioned case and related to the real property which is subject to forfeiture pursuant to 21 U.S.C. § 853.

2.  A copy of the aforementioned Restraining Order and *Lis Pendens* will be recorded with Suffolk Registry of Deeds at the location detailed in Attachment A.

3.  A copy of the Restraining Order and *Lis Pendens* will be served on this day by certified mail on the individuals named in Attachment A.

4.  The Restraining Order and *Lis Pendens* will also be served upon counsel for any claimant after counsel files his/her appearance.

Signed under the pains and penalties of perjury this 21st day of May, 2019.

_____
Carol E. Head
Assistant United States Attorney

Suffolk County

On the 21st day of MAY in the year of 2019 before me, the undersigned personally appeared Carol E. Head, Assistant United States Attorney, personally known to me and proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature to the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument; and acknowledged the foregoing to be true to the best of his knowledge, information and belief, and to be his free act and deed on behalf of the United States of America.

Subscribed to and sworn on before this 21st day of MAY, 2019.

NOTARY PUBLIC

My Commission expires: 3/12/2021

JEAN L. JAMIESON
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
March 12, 2021

## ATTACHMENT "A"

Robert Phifer and Gladys Phifer
250 Park Street
Dorchester, MA 02124

Saeed Muhammad
250 Park Street
Dorchester, MA 02124

Robert Julio Phifer
250 Park Street
Dorchester, MA 02124

Robert Julio Phifer
1875 Dorchester Avenue, Apt 402
Dorchester Center, MA 02124

Robert Julio Phifer
242 E. Main Street
Fall River, MA 02724

Vivian Phifer
40 Berkeley Street, Room 427
Boston, MA 02116

Vivian Phifer
5 Little Dirt Lane
Claxton, GA 30417

Vivian Phifer
17A Rockville Park, Apt 4
Roxbury, MA 02119

Liebaerman Group
C/O Omar Reid
91 Bushnell Street
Boston, MA 02124